# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **CLEVE CUNNINGHAM, III,** | * |
| Plaintiff, | * |
| vs. | * CIVIL ACTION NO.17-00358-WS-B |
| **BULLOCK,** | * |
| Defendant. | * |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Petitioner's complaint be **dismissed without prejudice** for failure to prosecute.

**DONE** this 31st day of October, 2017.

s/WILLIAM H. STEELE
**UNITED STATES DISTRICT JUDGE**