IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

CLEVE CUNNINGHAM, III,  *
                        *
    Plaintiff,          *
                        *
vs.                     *   CIVIL ACTION NO.17-00358-WS-B
                        *
BULLOCK,                *
                        *
    Defendant.          *

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that Petitioner's complaint be **dismissed without prejudice** for failure to prosecute.

**DONE** this 31st of October, 2017.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE